81,768.02

CLERK OF THE COURT                    STATE OF TEXAS
OF CRIMINAL APPEALS                   VS,
OF TEXAS.                             RAMON CASTILLO,
P.O. Box 12308.                       TR. CT. # 1985-CR-3655A-W1
CAPITOL STATION,                      WR-81,768-02
AUSTIN, TEXAS 78711                   DATE JANUARY 9th 2015

DEAR ABEL ACOSTA, CLERK

I RECEIVED THE NOTICE FROM THE TEXAS COURT
OF CRIMINAL APPEALS DENYING MY APPLICATION
FOR WRIT OF HABEAS CORPUS ART. 11.07 T.C.C.P.
I DO NOT KNOW WHY THE TRIAL COURT AND
THE COURT OF CRIMINAL APPEALS FAILED
TO ADDRESS MY THIRD CLAIM. OF STATES
VIOLATION OF SEPARATION OF POWERS DOCTRINE.
THE CRIMINAL APPEALS COURT, ORDER SEEMS
TO BE WITHOUT FULL KNOWLEDGE OF THE FACTS.
I DO NOT BELIEVE THE COURT RECEIVE ALL
OF MY PLEADING AND MOTIONS FILED IN THIS
CASE. IF YOU CAN BE SO KIND AS TO GIVE
ME AN ITEMIZED LIST OF ALL PLEADINGS AND
MOTIONS ON FILE IN YOUR OFFICE, PLEASE.
THANK YOU SO MUCH FOR YOUR TIME THIS MATTER
                            RESPECTFULLY
                        Ramon Castillo
                        RAMON CASTILLO # 00413671
                        SKYVIEW UNIT 379 FM 2972 W.
                        RUSK, TX. 75785

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk